**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7840**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

KEITHROY NOEL CLARKE,

             Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:97-cr-00166-RBS-4)

Submitted: January 13, 2009          Decided: January 20, 2009

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keithroy Noel Clarke, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keithroy Noel Clarke appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. United States v. Clarke, No. 2:97-cr-00166-RBS-4 (E.D. Va. filed July 31, 2008; entered Aug. 1, 2008). We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and oral argument would not aid the decisional process.

AFFIRMED